1  Patrick T. Connor, Bar No. 089136
   E-mail: pconnor@deconsel.com
2  Margaret R. Gifford, Bar No. 118222
   Email: mgifford@deconsel.com
3  Sally S. Frontman, Bar No. 227735
   Email: sfrontman@deconsel.com
4  DeCARLO, CONNOR & SHANLEY,
   a Professional Corporation
5  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California  90071-1706
6  Telephone:  (213) 488-4100
   Telecopier: (213) 488-4180
7
   Attorneys for Plaintiffs, Carpenters Southwest
8  Administrative corporation, formerly known as Carpenters
   Southern California Administrative Corporation
9  and Floyd Clay

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13

14  CARPENTERS SOUTHERN              )  CASE NO. CV 86-2470 AAH (CTx)
    CALIFORNIA ADMINISTRATIVE        )
15  CORPORATION, etc., et al.,       )
                                     )  [PROPOSED] ORDER FOR   BM
16                    Plaintiffs,    )  RENEWAL OF JUDGMENT
                                     )
17  v.                               )
                                     )
18  RAFAEL A. GOMEZ, individually    )
    and doing business as R. A. GOMEZ, )
19  INC. and R. A. GOMEZ, INC.,      )
    a corporation,                   )
20                                   )
                      Defendant(s).  )
21                                   )

22

23       The judgment debtor, RAFAEL A. GOMEZ, individually and doing

24  business as R. A. GOMEZ, INC. and R. A. GOMEZ, INC., a corporation,

25  ("DEFENDANT"), having judgment entered against him on November 5, 1986

26  and renewed on  July 22, 1994 and on May 4, 2001,

27       NOW, upon application of CARPENTERS SOUTHWEST

28  ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

1  SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"),

2  and upon declaration that DEFENDANT has failed to pay the total amount of said

3  judgment; and that DEFENDANTS are indebted to CSAC.

4        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

5  against DEFENDANT, be renewed in the amount of $85,173.54 which is broken

6  down as follows:

7  Judgment as entered:

8      a.    Principal ........................................................................ $    32,995.26

9      b.    Credit received ............................................................. $        0.00

10      c.    Judgment interest ......................................................... $      746.94

11      d.    Attorney Fees ............................................................... $     2,570.72

12      e.    Costs ............................................................................. $      234.00

13  Subtotal (Judgment as entered) ........................................................ $    36,546.92

14      f.    Less credits after judgment ........................................... $     5,000.00

15      g.    Interest after judgment computed from November 5,

16          1986 through July 12, 1994 at 5.75% ($5.84 per day) . $    16,164.30

17      h.    Costs after judgment ..................................................... $        0.00

18  Subtotal (Judgment as renewed) ....................................................... $    47,711.22

19      i.    Less credits after renewal . ........................................... $        0.00

20      j.    Interest after renewal computed from July 12, 1994

21          through April 30, 2001 at 5.49% ($7.28 per day) ........ $    17,739.92

22      k.    Costs after renewal ....................................................... $        0.00

23  Subtotal (Renewal as entered) .......................................................... $    65,451.14

24  ////

25

26  ////

27

28  ////

2

| | | | |
|---|---|---|---|
| 1 | l. | Less credits after renewal ............................................. $ | 0.00 |
| 2 | m. | Interest after renewal computed from May 4, 2001 | |
| 3 | | through March 21, 2008 at 3.90% ($8.80 per day) ...... $ | 19,722.39 |
| 4 | n. | Costs after judgment ..................................................... $ | 0.00 |
| 5 | | GRAND TOTAL ........................................................................ $ | 85,173.54 |

MAR 2 8 2008

DATED:_____

~~~~~~~~~~ DEPUTY
CLERK                                                    CLERK
UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO, CONNOR & SHANLEY,
A Professional Corporation

BY: _____
SALLY S. FRONTMAN
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
Corporation, formerly known as
Carpenters Southern California
Administrative Corporation

3

1                            **PROOF OF SERVICE (By Mail)**
                          USDC Case  No.  CV 86-2470 AAH (CTx))

2

3 I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen
   years and not a party to the within action.  My business address is:  DeCARLO, CONNOR &
4 SHANLEY, a Professional Corporation, 533 South Fremont Avenue, 9th Floor, Los Angeles,
   California 90071-1706.

5         On March 24, 2008, I served a copy of the foregoing document, described as
6 **[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT,**

7 **on defendants, addressed as follows:**

8                Rafael A. Gomez, individually
                 and doing business as
9                R.A.GOMEZ, INC.,
               XXXX XXXXXXXX XXXXXX
10               San Bernardino, California 92411
               XXXXX XXXXX XXXXXXXX
11              Los Angeles, California 90003

12 in said action, by placing [X] a true copy thereof, [] an original enclosed in sealed envelope(s).

13 [X]     (BY DEPOSIT FOR COLLECTION)     I am readily familiar with the firm's practice for
   the collection and processing of correspondence for mailing.  Under that practice, mail would be
14 deposited with the United States Postal Service on that same day with postage thereon fully
   prepared at Los Angeles, California in the ordinary course of business.  Following ordinary
15 business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for
   collection and mailing.

16
        I am aware that on motion of the party served, service is presumed invalid if the postal
17 cancellation date or postage meter date is more than one day after the date of deposit for mailing
   in affidavit.

18              **Executed on March 24, 2008, at Los Angeles, California.**

19
   [X]     (FEDERAL)  I declare under penalty of perjury under the laws of the State of California
20 that the foregoing is true and correct.

21

22

23                              Dolores Canchola

24

25

26

27

28